IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00247-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BENITO ARMIJO,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **August 17, 2009 at 8:00 a.m.** It is

    ORDERED that all pretrial motions shall be filed by **July 13, 2009** and responses to these motions shall be filed by **July 20, 2009.** It is further

    ORDERED that a Trial Preparation Conference is set for **August 14, 2009 at 1:30 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED June 22, 2009.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge