IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00247-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BENITO ARMIJO,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that sentencing has been rescheduled for **November 20, 2009 at 3:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED November 4, 2009.